UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  22-cv-21691-BLOOM

**VICTOR ARIZA**,

    Plaintiff,

vs.

**GLOTTMAN ANTEPRIMA, INC.,**
**a Florida for-profit corporation,**

    Defendant.

_____/

## **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff VICTOR ARIZA, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses all his claims in this action *with prejudice*, with each party to bear his/its own attorney's fees and costs.

Dated:  June 30, 2022.

Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 N. Hiatus Road | 4640 N.W. 7th Street |
| Sunrise, FL 33351 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email:  rhannah@rhannahlaw.com | Email: pduran@pelayoduran.com |
| | |
| By____*s/ Roderick V. Hannah*_____ | By ____*s/ Pelayo M. Duran*_____ |
|       RODERICK V. HANNAH |       PELAYO M. DURAN |
|       Fla. Bar No. 435384 |       Fla. Bar No. 0146595 |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of June, 2022, a true and correct of the foregoing was electronically filed and served via e-mail counsel or parties of record on the Service List below:

Glottman Anteprima, Inc.
c/o Douglas Schapiro, Esq.
7301 A West Palmetto Park Road, Suite 100A
Boca Raton, FL  33433
(954) 326-7762
(561) 807-7388
Schapiro@schapirolawgroup.com

/s/ *Roderick V. Hannah*
Roderick V. Hannah