UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cv-21691-BLOOM/Otazo-Reyes

VICTOR ARIZA,

    Plaintiff,

v.

GLOTTMAN ANTEPRIMA, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon the Notice of Voluntary Dismissal with Prejudice, ECF No. [8] ("Notice"), filed on June 30, 2022. The Court has carefully reviewed the Notice, the record in this case, and is otherwise fully advised. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice, **ECF No. [8]** is **APPROVED** and **ADOPTED**;
2. The above-styled case is **DISMISSED WITH PREJUDICE**;
3. Each party shall bear its own attorneys' fees and costs;
4. To the extent not otherwise disposed of, all pending motions are denied as **MOOT** and all deadlines are **TERMINATED**;
5. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on June 30, 2022.

                                                           **BETH BLOOM**
                                                           **UNITED STATES DISTRICT JUDGE**

cc: Counsel of Record